**SCOTT SCHWAB**
Secretary of State



STATE OF KANSAS

Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594
(785) 296-4564

February 20, 2023

MEREDITH WEBSTER
KUTAK ROCK LLP
2300 MAIN STREET
SUITE 800
KANSAS CITY MO 64108

RE: Service of Process on AUTOMOBILE ACCEPTANCE CORP.
Case #2:23-CV-02030

The Secretary of State's Office received an Alias Summons and Petition on 2/8/2023 and mailed on 2/10/2023 by return receipt to the following registered office:

RICHARD M. ERICKSON
8914 MAPLE
OVERLAND PARK KS 66207

The Alias Summons and Petition was returned to the Kansas Secretary of State's Office on 2/15/2023 indicating that the service of process was undelivered. The Alias Summons and Petition was then sent by mail on 2/16/2023 to the following principal office:

AUTOMOBILE ACCEPTANCE CORP.
1400 STATE AVE
KANSAS CITY KS 66102

The return receipt was returned to the Kansas Secretary of State's Office on 2/17/2023 indicating that the service of process was delivered. Enclosed is a copy of the [DOCUMENT] sent to the above address and the return receipt for the delivered service of process.

If you have any questions, please call the Business Services Division at (785) 296-4564.

Business Services Division
Kansas Secretary of State

Enclosures
MM



February 20, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771325761840

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | C.CERVANTES | **Delivery Location:** | 1400 STATE AVE |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | KANSAS CITY, KS, 66102 |
| | | **Delivery date:** | Feb 17, 2023 13:27 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771325761840 | **Ship Date:** | Feb 16, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
AUTOMOBILE ACCEPTANCE CORP.,
1400 STATE AVE
KANSAS CITY, KS, US, 66102

**Shipper:**
KSSOS BusinessServices,
1ST FLOOR MEMORIAL HALL
120 SW 10TH AVE
TOPEKA, KS, US, 66612



Thank you for choosing FedEx

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to Policy Nos. SUA WS20318-2103, SUA WS20318-2002, and SUA WS20318-1901, AND MARKEL INTERNATIONAL INSURANCE COMPANY, LIMITED<br>*Plaintiff(s)*<br>v.<br>AUTOMOBILE ACCEPTANCE CORPORATION, INC. AND EUGENE JEROME NICHOLS, individually and as class representative<br>*Defendant(s)* | Civil Action No. 2:23-CV-02030 |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Automobile Acceptance Corporation
c/o Kansas Secretary of State
Memorial Hall, 1st Floor
120 SW 10th Avenue
Topeka, KS 66612-1594

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Meredith Webster
Kutak Rock LLP
2300 Main Street, Suite 800
Kansas City, MO 64108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/07/2023

s/ J. Kendall
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-02030

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: