UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>AUTOMOBILE ACCEPTANCE CORPORATION, INC., et al.,<br><br>　　Defendants. | Case No. **23-2030-DDC-ADM** |

## **INITIAL ORDER REGARDING PLANNING AND SCHEDULING**

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of this action. With this goal in mind, U.S. Magistrate Judge Mitchell will conduct a Fed. R. Civ. P. 16 scheduling conference on **June 29, 2023**, at **1:30 p.m.** The conference will be held via telephone. Participants shall dial in to the conference call at 888-363-4749, then enter access code 3977627#, and follow the prompts to join the call as a participant.

The parties, in person and/or through counsel, must confer as required by Fed. R. Civ. P. 26(f) by **June 8, 2023**. Generally, discussion at the planning conference must address the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including using mediation or other methods of alternative dispute resolution; making or at least arranging for Fed. R. Civ. P. 26(a)(1) disclosures; any issues about preserving discoverable information; developing a discovery plan; discovery of electronically stored information (ESI); and a proposed scheduling order. More

specifically, the parties must discuss the agenda items set out in Fed. R. Civ. P. 16(c)(2)(A)-(P) and Fed. R. Civ. P. 26(f)(3)(A)-(F), and a proposed scheduling order using the form available at the following:

*http://ksd.uscourts.gov/index.php/forms/?open=CivilForms*

Careful planning is essential to efficient case management and discovery. The court strongly encourages the parties to conduct their Rule 26(f) planning conference in person instead of by telephone, to improve the quality of discussion. It is unacceptable to simply exchange draft proposed scheduling orders by e-mail without further discussion. The court also strongly encourages "first chair" trial counsel to be meaningfully involved in this critical planning process. Before the planning conference, the parties shall review and be prepared to address the agenda items set out in Rules 16(c)(2)(A)-(P) and 26(f)(3)(A)-(F). The parties should think creatively and cooperatively, to the extent possible, about how to structure this case in a way that will lead to the efficient resolution of the factual and legal issues presented.

The parties must work together to draft a proposed scheduling order, which will constitute the written report required by Fed. R. Civ. P. 26(f)(2). The parties must note any points of disagreement in the proposed scheduling order and include a brief explanation of their respective positions. By **June 16, 2023**, plaintiff(s) must submit the following:

(1) a redlined version of the proposed scheduling order that shows all changes to the court's form proposed scheduling order, and

(2) a clean version of the proposed scheduling order.

Both versions of the document must be submitted in Word format as an attachment to an e-mail sent to ksd_mitchell_chambers@ksd.uscourts.gov.  The proposed scheduling order must not be filed with the clerk's office.  The e-mail transmitting the proposed scheduling order must also include the following information:

For each attorney: (1) name; (2) business address; (3) home, business, and cellular telephone numbers; and (4) e-mail address.

For each party: (1) name; (2) home and business addresses; (3) home and business telephone numbers; and (4) e-mail address.

The parties must serve their Rule 26(a)(1)(A) initial disclosures by **June 16, 2023**, and email copies of the initial disclosures to the undersigned judge's chambers with the proposed scheduling order.  The magistrate judge may discuss these disclosures during the scheduling conference in finalizing a discovery and case plan that achieves Rule 1's objectives.  The parties should not submit to the court any documents identified or described in their Rule 26(a)(1)(A) initial disclosures.

If you have questions concerning this order's requirements, please contact the undersigned judge's courtroom deputy, Heather Tildes, at 913-735-2280, or by e-mail at to ksd_mitchell_chambers@ksd.uscourts.gov.

IT IS SO ORDERED.

Dated May 4, 2023, at Kansas City, Kansas.

s/Angel D. Mitchell
U.S. Magistrate Judge