IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy Nos. SUA WS20318-2103, SUA WS20318-2002, and SUA WS20318-1901, AND MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED,<br><br>     Plaintiffs,<br><br> v.<br><br>AUTOMOBILE ACCEPTANCE CORPORATION INC AND EUGENE JEROME NICHOLS, individually and as class representative,<br><br>     Defendants. | Case No. 2:23-CV-02030-DDC-ADM |

## CERTIFICATE OF SERVICE

Plaintiffs, Those Certain Underwriters at Lloyd's, London, subscribing to Policy Nos. SUA WS20318-2103, SUA WS20318-2002, and SUA WS20318-19012 ("Underwriters") and Markel International Insurance Company ("Markel") (collectively, "Plaintiffs") by and through undersigned counsel of record, hereby notifies the Court of service of Plaintiffs' Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), hereby states that on June 16, 2022, Plaintiffs served their Initial Rule 26(a) Disclosures via electronic mail to the following counsel of record:

| | |
|---|---|
| Blake H. Butner<br>Hillary Hyde<br>James C. Morrow<br>Morrow Willnauer Church, LLC – KC<br>bbutner@mwcattorneys.com<br>hhyde@mwcattorneys.com<br>jmorrow@mwcattorneys.com<br>**Attorneys for Defendant Automobile Acceptance Corporation, Inc.** | Jesse B. Roachman<br>Martin L. Daesch<br>OnderLaw, LLC<br>rochman@onderlaw.com<br>daesch@onderlaw.com<br>**Attorneys for Defendant Eugene Jerome Nichols** |

4877-2906-3018

Dated June 16, 2023.                                Respectfully submitted,

*/s/ Meredith A. Webster*
Jean-Paul Assouad           KS #20692
Meredith A. Webster         KS #25103
Kutak Rock LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
T: (816) 960-0090
F: (816) 960-0041
jean-paul.assouad@kutakrock.com
meredith.webster@kutakrock.com

and

Douglas Garmager Admitted *Pro Hac Vice*
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 South Wacker Drive, Suite 2550
Chicago, IL 60606
T: (312) 431-3700
dgarmager@karballaw.com
**ATTORNEYS FOR PLAINTIFFS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED**

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on June 16, 2023, a true and correct copy of the above and foregoing *Certificate of Service* was filed with the Clerk of the Court for the District Court of Kansas by using the CM/ECF system which will send notice of electronic filing to the following counsel of record:

| | |
|---|---|
| Blake H. Butner | Jesse B. Roachman |
| Hillary Hyde | Martin L. Daesch |
| James C. Morrow | OnderLaw, LLC |
| Morrow Willnauer Church, LLC – KC | 110 E. Lockwood Avenue, 2nd Floor |
| 8330 Ward Parkway, Suite 300 | St. Louis, Missouri 63119 |
| Kansas City, Missouri 64112 | rochman@onderlaw.com |
| bbutner@mwcattorneys.com | daesch@onderlaw.com |
| hhyde@mwcattorneys.com | **Attorneys for Defendant** |
| jmorrow@mwcattorneys.com | **Eugene Jerome Nichols** |
| **Attorneys for Defendant Automobile Acceptance Corporation, Inc.** | |

            */s/ Meredith A. Webster*
            Attorney for Plaintiffs

4877-2906-3018