IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy Nos. SUA WS20318-2103, SUA WS20318-2002, and SUA WS20318-1901, AND MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED,<br><br>            Plaintiffs,<br>    v.<br><br>AUTOMOBILE ACCEPTANCE CORPORATION INC AND EUGENE JEROME NICHOLS,<br><br>            Defendants. | Case No. 2:23-CV-02030-DDC-ADM |

**PLAINTIFFS/COUNTER-DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP RULE 12(C)**

NOW COME Plaintiffs/Counter-Defendants, Those Certain Underwriters at Lloyd's, London, subscribing to Policy Nos. SUA WS20318-2103, SUA WS20318-2002, and SUA WS20318-19012 ("Underwriters") and Markel International Insurance Company Limited ("Markel") (collectively, "Plaintiffs"), by and through their undersigned counsel, and respectfully move the Court to enter an Order granting partial judgment on the pleadings to Plaintiffs on Counts I and IV of their Complaint for Declaratory Judgment (ECF Doc. No. 1), and on Defendant/Counter-Plaintiff Automobile Acceptance Corporation, Inc.'s ("AAC") Counterclaim for Declaratory Judgement (ECF Doc. No 18), pursuant to Federal Rule of Civil Procedure 12(c), and declaring that: (1) no "**CLAIM**" was first made against AAC during the Policy Period of the Plaintiffs' Policy Nos. SUA WS20318-2103, SUA WS20318-2002, and

1

SUA WS20318-19012 (collectively, the "Policies"); (2) the "**CLAIM**" against AAC does not involve conduct by AAC that took place on or after the Retroactive Date of the Policies; (3) there is no coverage under the Policies for any claims, including any class claims, that are pled in the lawsuit captioned *Automobile Acceptance Corporation v. Eugene Jerome Nichols*, Case No. 15CY-CV07631-01, pending in Clay County Circuit Court (the "Underlying Lawsuit"); and (4) Plaintiffs have no duty to defend or indemnify AAC in the Underlying Lawsuit.

In support of this motion, Plaintiffs submit an accompanying memorandum of law.

Dated September 7, 2023.   Respectfully submitted,

*/s/ Meredith A. Webster*
Jean-Paul Assouad   MO #50747
Meredith A. Webster   MO #63310
Kutak Rock LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
T: (816) 960-0090
F: (816) 960-0041
jean-paul.assouad@kutakrock.com
meredith.webster@kutakrock.com

and

Douglas Garmager Admitted *Pro Hac Vice*
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 South Wacker Drive, Suite 2550
Chicago, IL 60606
T: (312) 431-3700
dgarmager@karballaw.com

**ATTORNEYS FOR PLAINTIFFS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 7, 2023, a true and correct copy of the above and foregoing ***Plaintiffs' Motion for Partial Judgment on the Pleadings*** was filed with the Clerk of the Court for the District Court of Kansas by using the CM/ECF system, which will send notice of electronic filing to the following counsel of record:

Jesse B. Rochman
Martin L. Daesch
OnderLaw, LLC
110 E. Lockwood Ave.
St. Louis, MO 63119
rochman@onderlaw.com
daesch@onderlaw.com
**Attorney for Defendant Nichols**

Blake H. Butner
Hillary Hyde
James C. Morrow
Morrow Willnauer Church, LLC
8330 Ward Parkway, Suite 300
Kansas City, MO 64112
bbutner@mwcattorneys.com
hhyde@mwcattorneys.com
jmorrow@mwcattorneys.com
**Attorneys for Defendant Automobile Acceptance Corporation, Inc.**

                     */s/ Meredith A. Webster*