IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy Nos. SUA WS20318-2103, SUA WS20318-2002, and SUA WS20318-1901; and MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>AUTOMOBILE ACCEPTANCE CORPORATION, INC. and EUGENE JEROME NICHOLS,<br><br>Defendants/Counterclaim Plaintiffs. | Case No. 23-2030-DDC-ADM |

# ORDER

On November 17 and December 18, 2023, the court convened a final pretrial conference. The parties appeared through counsel. As discussed in further detail on the record, the parties must submit their revisions and any comments to the draft pretrial order by **January 5, 2024**. Revisions must be made in redline and submitted in Word format as an attachment to an email sent to *ksd_mitchell_chambers@ksd.uscourts.gov*. The court will reconvene the final pretrial conference on **January 9, 2024, at 3:00 p.m.** by telephone.

**IT IS SO ORDERED.**

Dated December 18, 2023, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge